| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| **Jennifer Penaloza**<br><br>Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/28/2026 Jennifer Penaloza
Printed name of Debtor 1

[signature]
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ____________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

DISCOVERY XT EMPLOYER LLC (27680)
d/b/a CROWN COVE
3461 BONITA BAY BLVD, SUITE 100
BONITA SPRINGS, FL 34134
239-908-2928

OASIS OUTSOURCING III, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB LAUNCH TEAM 888-627-4735
Voucher #: 007915 Sort Order: 46

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| LR2889 | JENNIFER PENALOZA | 08-28-2026 | 08-09-2026 | 08-22-2026 | 71456125 |

Fed Tax SS/Single    State Tax S/0    Method Of Payment: Hourly,

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 08-09-2026 | REG PAY | 21.7200 | 80.00 | 1737.60 | 80.00 |
| Totals: | | | 80.00 | 1737.60 | 80.00 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 124.67 | 2,338.53 |
| MEDICARE - EE | 25.19 | 467.38 |
| SOCIAL SEC - EE | 107.73 | 1,998.47 |
| CA INCOME TAX | 39.89 | 769.63 |
| CA DISABILITY | 22.59 | 419.01 |
| Total: | 320.07 | 5,993.02 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 04674 | 1,417.53 |
| Total: | | 1,417.53 |

Net Pay
1,417.53

Net Pay Y-T-D
26,240.35

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 29,353.40 |
| OT PREMIUM | 413.06 |
| OT STRAIGHT | 811.34 |
| HOL WORK 1.5 | 1,148.57 |
| TRAINING PAY | 84.36 |
| DT PREMIUM | 0.42 |
| DT STRAIGHT | 0.42 |
| PTO PAY | 421.80 |
| Total: | 32,233.37 |

PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PTO | 160.00 | 0.00 | 0.00 | 160.00 |
| SICK | 12.36 | 0.00 | 8.00 | 4.36 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| CLSP 100369 VOY | 0.58 | 9.28 |
| Total: | 0.58 | 9.28 |

** IMPORTANT NOTES **

PTO YTD hours taken: 0.00
SICK YTD hours taken: 8.00

PHR_SS_OASIS_CHECKS_V2

PAYCHEX®

71456125

08-28-2026

CROWN COVE
3461 Bonita Bay Blvd Suite 100
BONITA SPRINGS, FL 34134

AMOUNT
** VOID **

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of: JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

Non-Negotiable

OASIS OUTSOURCING, LLC
7600 OFFICE PLAZA DRIVE SOUTH, SUITE 100
WEST DES MOINES, IA 50266

JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

27680 4567 FB
202656

DISCOVERY XT EMPLOYER LLC (27680)
d/b/a CROWN COVE
3461 BONITA BAY BLVD, SUITE 100
BONITA SPRINGS, FL 34134
239-908-2928

OASIS OUTSOURCING III, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB LAUNCH TEAM 888-679-8865
Voucher #: 007842 Sort Order: 48

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| LR2889 | JENNIFER PENALOZA | 08-14-2026 | 07-26-2026 | 08-08-2026 | 71258036 |

Fed Tax SS/Single    State Tax S/0    Method Of Payment: Hourly,

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/ Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 07-26-2026 | REG PAY | 21.7200 | 80.00 | 1737.60 | 80.00 |
| Totals: | | | 80.00 | 1737.60 | 80.00 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 124.67 | 2,213.86 |
| MEDICARE - EE | 25.20 | 442.19 |
| SOCIAL SEC - EE | 107.73 | 1,890.74 |
| CA INCOME TAX | 39.89 | 729.74 |
| CA DISABILITY | 22.59 | 396.42 |
| Total: | 320.08 | 5,672.95 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| C | 04674 | 1,417.52 |
| Total: | | 1,417.52 |

**Net Pay**
1,417.52

**Net Pay Y-T-D**
24,822.82

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REG PAY | 27,615.80 |
| OT PREMIUM | 413.06 |
| OT STRAIGHT | 811.34 |
| HOL WORK 1.5 | 1,148.57 |
| TRAINING PAY | 84.36 |
| DT PREMIUM | 0.42 |
| DT STRAIGHT | 0.42 |
| PTO PAY | 421.80 |
| Total: | 30,495.77 |

**PAID TIME OFF**

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PTO | 160.00 | 0.00 | 0.00 | 160.00 |
| SICK | 12.36 | 0.00 | 8.00 | 4.36 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| CLSP 100369 VOY | 0.58 | 8.70 |
| Total: | 0.58 | 8.70 |

**** IMPORTANT NOTES ****

PTO YTD hours taken: 0.00
SICK YTD hours taken: 8.00

PHR_SS_OASIS_CHECKS_V2

PAYCHEX

71258036

08-14-2026

**CROWN COVE**
**3461 Bonita Bay Blvd Suite 100**
**BONITA SPRINGS, FL 34134**

**AMOUNT**
**** VOID ****

Pay: **Your net pay has been directly deposited into your bank account.**

To The Order Of: JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

Non-Negotiable

OASIS OUTSOURCING, LLC
7600 OFFICE PLAZA DRIVE SOUTH, SUITE 100
WEST DES MOINES, IA 50266

JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

27680 4567 FB
202654

DISCOVERY XT EMPLOYER LLC (27680)
d/b/a CROWN COVE
3461 BONITA BAY BLVD, SUITE 100
BONITA SPRINGS, FL 34134
239-908-2928

OASIS OUTSOURCING III, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB LAUNCH TEAM 888-679-8865
Voucher #: 007633 Sort Order: 47

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| LR2889 | JENNIFER PENALOZA | 07-17-2026 | 06-28-2026 | 07-11-2026 | 70854350 |

Fed Tax SS/Single State Tax S/0 Method Of Payment: Hourly,

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 06-28-2026 | REG PAY | 21.7200 | 72.00 | 1563.84 | 72.00 |
| 07-04-2026 | HOL WORK 1.5 | 32.5800 | 11.95 | 389.33 | 11.95 |
| Totals: | | | 83.95 | 1953.17 | 83.95 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 150.53 | 1,964.84 |
| MEDICARE - EE | 28.32 | 391.84 |
| SOCIAL SEC - EE | 121.10 | 1,675.44 |
| CA INCOME TAX | 52.44 | 650.08 |
| CA DISABILITY | 25.39 | 351.28 |
| Total: | 377.78 | 5,033.48 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 04674 | 1,575.39 |
| Total: | | 1,575.39 |

**Net Pay**
**1,575.39**
**Net Pay Y-T-D**
**21,989.70**

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 24,143.21 |
| OT PREMIUM | 413.06 |
| OT STRAIGHT | 811.34 |
| HOL WORK 1.5 | 1,148.57 |
| TRAINING PAY | 84.36 |
| DT PREMIUM | 0.42 |
| DT STRAIGHT | 0.42 |
| PTO PAY | 421.80 |
| Total: | 27,023.18 |

PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PTO | 160.00 | 0.00 | 0.00 | 160.00 |
| SICK | 12.36 | 0.00 | 8.00 | 4.36 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| CLSP 100369 VOY | 0.58 | 8.12 |
| Total: | 0.58 | 8.12 |

**** IMPORTANT NOTES ****

PTO YTD hours taken: 0.00
SICK YTD hours taken: 8.00

PHR_SS_OASIS_CHECKS_V2

PAYCHEX

70854350

07-17-2026

**CROWN COVE**
**3461 Bonita Bay Blvd Suite 100**
**BONITA SPRINGS, FL 34134**

**AMOUNT**
**** VOID ****

Pay: **Your net pay has been directly deposited into your bank account.**

To The Order Of: JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

Non-Negotiable

OASIS OUTSOURCING, LLC
7600 OFFICE PLAZA DRIVE SOUTH, SUITE 100
WEST DES MOINES, IA 50266

JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

27680 4567 FB
202646

DISCOVERY XT EMPLOYER LLC (27680)
d/b/a CROWN COVE
3461 BONITA BAY BLVD, SUITE 100
BONITA SPRINGS, FL 34134
239-908-2928

OASIS OUTSOURCING III, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB LAUNCH TEAM 888-679-8865
Voucher #: 007633 Sort Order: 47

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| LR2889 | JENNIFER PENALOZA | 07-17-2026 | 06-28-2026 | 07-11-2026 | 70854350 |

Fed Tax SS/Single State Tax S/0 Method Of Payment: Hourly,

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 06-28-2026 | REG PAY | 21.7200 | 72.00 | 1563.84 | 72.00 |
| 07-04-2026 | HOL WORK 1.5 | 32.5800 | 11.95 | 389.33 | 11.95 |
| Totals: | | | 83.95 | 1953.17 | 83.95 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 150.53 | 1,964.84 |
| MEDICARE - EE | 28.32 | 391.84 |
| SOCIAL SEC - EE | 121.10 | 1,675.44 |
| CA INCOME TAX | 52.44 | 650.08 |
| CA DISABILITY | 25.39 | 351.28 |
| Total: | 377.78 | 5,033.48 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 04674 | 1,575.39 |
| Total: | | 1,575.39 |

Net Pay
1,575.39
Net Pay Y-T-D
21,989.70

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 24,143.21 |
| OT PREMIUM | 413.06 |
| OT STRAIGHT | 811.34 |
| HOL WORK 1.5 | 1,148.57 |
| TRAINING PAY | 84.36 |
| DT PREMIUM | 0.42 |
| DT STRAIGHT | 0.42 |
| PTO PAY | 421.80 |
| Total: | 27,023.18 |

PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PTO | 160.00 | 0.00 | 0.00 | 160.00 |
| SICK | 12.36 | 0.00 | 8.00 | 4.36 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| CLSP 100369 VOY | 0.58 | 8.12 |
| Total: | 0.58 | 8.12 |

** IMPORTANT NOTES **

PTO YTD hours taken: 0.00
SICK YTD hours taken: 8.00

PHR_SS_OASIS_CHECKS_V2

PAYCHEX

70854350

07-17-2026

CROWN COVE
3461 Bonita Bay Blvd Suite 100
BONITA SPRINGS, FL 34134

AMOUNT
** VOID **

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of: JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

Non-Negotiable

OASIS OUTSOURCING, LLC
7600 OFFICE PLAZA DRIVE SOUTH, SUITE 100
WEST DES MOINES, IA 50266

JENNIFER PENALOZA
1430 S RAITT ST APT 3
SANTA ANA, CA 92704

27680 4567 FB
202646